# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH EMMANUEL,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-446-Orl-28DAB**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Correct Clerical Mistake (Doc. No. 3) filed April 26, 2012, and Plaintiff's "Motion" for Miscellaneous Relief (Doc. No. 4) filed April 27, 2012. The United States Magistrate Judge has submitted a report recommending that both motions be denied and the case dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 5), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 1, 2012 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Correct Clerical Mistake (Doc. No. 3) is **DENIED**.

3. Plaintiff's "Motion" for Miscellaneous Relief (Doc. No. 4) is **DENIED**.

4. Plaintiff's Complaint is **DISMISSED with prejudice**.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge